IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WARREN FINNEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-023 |
| | ) | |
| QUIONNA ROBINSON, Sergeant; | ) | |
| DENISHA GAUZE FOSTER; | ) | |
| KAREN THOMAS, Unit Manager; | ) | |
| JIMMY KELLOM, Lieutenant; | ) | |
| MS. JACOBS, Mental Health Counselor; | ) | |
| ARLENE LALISA HUNT, SART | ) | |
| Investigator; and LEWIS GIDDENS, | ) | |
| Corrections Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___ day of June, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE