# United States District Court
## Southern District of Georgia

WARREN FINNEY, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 323-023

QUIONNA ROBINSON, Sergeant; DENISHA GAUZE FOSTER; KAREN THOMAS, Unit Manager; JIMMY KELLOM, Lieutenant; MS. JACOBS, Mental Health Counselor; ARLENE LALISA HUNT, SART Investigator; and LEWIS GIDDENS, Corrections Officer,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 2, 2023, the Report and

Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's complaint is

dismissed without prejudice, and this civil action stands closed.



June 2, 2023

Date

John E. Triplett, Clerk of Court

Clerk

*Candy Cashell*

(By) Deputy Clerk